DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KENNETH LEE GAZELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-00180-MCE |
| ) Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 26, 2012, AT 9:00 A.M.** |
| v. ) ) | |
| KENNETH LEE GAZELL, ) | Date:  December 15, 2011 |
| ) Defendant. ) | Time:  9:00 a.m. |
| | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for KENNETH LEE GAZELL, that the Court should vacate the status conference scheduled for December 15, 2011, at 9:00 a.m., and reset it for January 26, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery and to consult with Mr. Gazell.

///

///

///

Stipulation and Order                               1                           2:11-cr-00180-MCE

The parties further stipulate that the Court should exclude the period from the date of this order through January 26, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Gazell's request for a continuance outweigh the best interest of the public and Mr. Gazell in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 13, 2011    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: December 13, 2011    BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
WILLIAM WONG
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from December 15, 2011, at 9:00 a.m., to January 26, 2012, at 9:00 a.m.  The Court also orders time excluded from the date of this order through the status conference on January 26, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: December 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE