DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KENNETH LEE GAZELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-180 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 7, 2012, AT 9:00 A.M.** |
| v. | |
| KENNETH LEE GAZELL, | Date:  April 26, 2012 |
| | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for KENNETH LEE GAZELL, that the Court should vacate the status conference scheduled for April 26, 2012, at 9:00 a.m., and reset it for June 7, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery and to consult with Mr. Gazell.

The parties further stipulate that the Court should exclude the period from the date of this order through April 26, 2012,

Stipulation and Order                              1                              11-180 MCE

1  when it computes the time within which the trial of the above criminal
2  prosecution must commence for purposes of the Speedy Trial Act.  The
3  parties stipulate that the ends of justice served by granting Mr.
4  Gazell's request for a continuance outweigh the best interest of the
5  public and Mr. Gazell in a speedy trial, and that this is an
6  appropriate exclusion of time for defense preparation within the
7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

8  Dated: April 25, 2012                Respectfully submitted,

9                                       DANIEL BRODERICK
                                        Federal Defender
10
                                        /s/ M.Petrik
11                                      _____
                                        MICHAEL PETRIK, Jr.
12                                      Assistant Federal Defender

13

14 Dated: April 25, 2012                BENJAMIN B. WAGNER
                                        United States Attorney
15
                                        /s/ M.Petrik for
16                                      _____
                                        WILLIAM WONG
17                                      Assistant U.S. Attorney

28 Stipulation and Order                2                        11-180 MCE

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from April 26, 2012, at 9:00 a.m., to June 7, 2012, at 9:00 a.m.  The Court also orders time excluded from the date of this order through the status conference on June 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE