DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KENNETH LEE GAZELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH LEE GAZELL, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:11-cr-00180-MCE <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 25, 2012, AT 9:00 A.M.** <br><br> Date:  August 30, 2012 <br> Time:  9:00 a.m. <br> Judge: Hon. Morrison C. England |

   THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for KENNETH LEE GAZELL, that the Court should vacate the status conference scheduled for August 30, 2012, at 9:00 a.m., and reset it for October 25, 2012, at 9:00 a.m.

   Counsel for defendant requires further time to review discovery and to consult with Mr. Gazell.

///

1

1   The parties further stipulate that the Court should exclude the
2 period from the date of this order through October 25, 2012, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act.  The
5 parties stipulate that the ends of justice served by granting Mr.
6 Gazell's request for a continuance outweigh the best interest of the
7 public and Mr. Gazell in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
10 Dated: August 28, 2012            Respectfully submitted,
11                                   DANIEL BRODERICK
                                     Federal Defender
12
                                     /s/ M.Petrik
13
                                     _____
14                                   MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
15
16 Dated: August 28, 2012            BENJAMIN B. WAGNER
                                     United States Attorney
17
                                     /s/ M.Petrik for
18
                                     _____
19                                   WILLIAM WONG
                                     Assistant U.S. Attorney
20
21
22
23
24
25 ///
26 ///
27
28                                   2

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from August 30, 2012, at 9:00 a.m., to October 25, 2012, at 9:00 a.m.  The Court also orders time excluded from the date of this order through the status conference on October 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: August 30, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3