```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
KENNETH LEE GAZELL
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH LEE GAZELL,<br><br>  Defendant. | No. 2:11-cr-00180-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO January 10, 2013, AT 9:00 A.M.**<br><br>Date:  October 25, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for KENNETH LEE GAZELL, that the Court should vacate the status conference scheduled for October 25, 2012, at 9:00 a.m., and reset it for January 10, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery and to consult with Mr. Gazell.

///

///

Stipulation and Order                    1                    2:11-cr-00180-MCE

1    The parties further stipulate that the Court should exclude the
2 period from the date of this order through January 10, 2013, when it
3 computes the time within which the trial of the above criminal
4 prosecution must commence for purposes of the Speedy Trial Act. The
5 parties stipulate that the ends of justice served by granting Mr.
6 Gazell's request for a continuance outweigh the best interest of the
7 public and Mr. Gazell in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

10 Dated: October 24, 2012            Respectfully submitted,

11                                    DANIEL BRODERICK
                                      Federal Defender
12
                                      /s/ M.Petrik
13                                    _____
                                      MICHAEL PETRIK, Jr.
14                                    Assistant Federal Defender

15

16 Dated: October 24, 2012            BENJAMIN B. WAGNER
                                      United States Attorney
17
                                      /s/ M.Petrik for
18                                    _____
                                      WILLIAM WONG
19                                    Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28   Stipulation and Order              2              2:11-cr-00180-MCE

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from October 25, 2012, at 9:00 a.m., to January 10, 2013, at 9:00 a.m.  The Court also orders time excluded from the date of this order through the status conference on October 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: October 29, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE