```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorneys for Defendant
    KENNETH LEE GAZELL
 7
```

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    )  No. 2:11-cr-00180-MCE
                                 )
11            Plaintiff,         )  STIPULATION AND ORDER TO
                                 )  CONTINUE STATUS CONFERENCE TO
12       v.                      )  FEBRUARY 14, 2013, AT 9:00 A.M.
                                 )
13  KENNETH LEE GAZELL,          )  Date:  January 10, 2013
                                 )  Time:  9:00 a.m.
14            Defendant.         )  Judge: Hon. Morrison C. England
    _____)
15
```

16    THE PARTIES STIPULATE, through counsel, William Wong, Assistant

17 United States Attorney, and Michael Petrik, Jr., attorney for KENNETH

18 LEE GAZELL, that the Court should vacate the status conference

19 scheduled for January 10, 2013, at 9:00 a.m., and reset it for February

20 14, 2013, at 9:00 a.m.

21    Counsel for defendant requires further time to review discovery

22 and to consult with Mr. Gazell.

23    The parties further stipulate that the Court should exclude the

24 period from the date of this order through February 14, 2013, when it

25 computes the time within which the trial of the above criminal

26 prosecution must commence for purposes of the Speedy Trial Act.

27

28  Stipulation and Order              1              2:11-cr-00180-MCE

1  The parties stipulate that the ends of justice served by granting Mr.
2  Gazell's request for a continuance outweigh the best interest of the
3  public and Mr. Gazell in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

7  Dated: January 7, 2013                Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ M.Petrik
                                         _____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender

13 Dated: January 7, 2013                BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for
                                         _____
                                         WILLIAM WONG
                                         Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders that the status conference be continued from January 10, 2013, at 9:00 a.m., to February 14, 2013, at 9:00 a.m.  The Court also orders time excluded from the date of this order through the status conference on February 14, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For the reasons stated above, the Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: January 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE