1 JOSEPH SCHLESINGER, #87692
Acting Federal Defender
2 MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
3 Designated Counsel For Service
801 I Street, 3rd Floor
4 Sacramento, California 95814
Telephone: (916) 498-5700

5

6 Attorneys for Defendant
KENNETH LEE GAZELL

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) Case No. 2:11-cr-00180-MCE
                                    )
11          Plaintiff,              ) **STIPULATION AND ORDER TO CONTINUE**
                                    ) **STATUS CONFERENCE TO MARCH 7,**
12     v.                           ) **2013, AT 9:00 A.M.**
                                    )
13 KENNETH LEE GAZELL,              ) Date:  February 7, 2013
                                    ) Time: 9:00  a.m.
14          Defendant.              ) Judge: Hon. Morrison C. England
   ════════════════════════════════ )

15

16      THE PARTIES STIPULATE, through counsel, William Wong, Assistant

17 United States Attorney, and Michael Petrik, Jr., attorney for KENNETH

18 LEE GAZELL, that the Court should vacate the status conference

19 scheduled for February 7, 2013, at 9:00 a.m., and reset it for March 7,

20 2013, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery

22 and to consult with Mr. Gazell.  Counsel also requires the time to meet

23 with government counsel regarding the case.

24      The parties further stipulate that the Court should exclude the

25 period from the date of this order through March 7, 2013, when it

26 computes the time within which the trial of the above criminal

27

28                                  1

1 | prosecution must commence for purposes of the Speedy Trial Act.  The

2 | parties stipulate that the ends of justice served by granting Mr.

3 | Gazell's request for a continuance outweigh the best interest of the

4 | public and Mr. Gazell in a speedy trial, and that this is an

5 | appropriate exclusion of time for defense preparation within the

6 | meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

7 | Dated: February 4, 2013                Respectfully submitted,

8 | JOSEPH SCHLESINGER
Acting Federal Defender

9 | /s/ M.Petrik

10 | _____

MICHAEL PETRIK, Jr.

11 | Assistant Federal Defender

12 |

13 | Dated: February 4, 2013                BENJAMIN B. WAGNER
United States Attorney

14 | /s/ M.Petrik for

15 | _____

WILLIAM WONG

16 | Assistant U.S. Attorney

2

1

**ORDER**

2

   **IT IS SO ORDERED.** The Court orders that the status conference be

3

continued to March 7, 2013, at 9:00 a.m.  The Court orders time

4

excluded from the date of this order through the status conference on

5

March 7, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For

6

the reasons stated above, the Court finds that the ends of justice

7

served by granting defendant's request for a continuance outweigh the

8

best interest of the public and defendant in a speedy trial.

9

DATED: February 13, 2013

10

11

                            _____

MORRISON C. ENGLAND, JR.

12

UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3