JOSEPH SCHLESINGER, #87692
Acting Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KENNETH LEE GAZELL,<br><br>            Defendant. | No. 11-180 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 28, 2013, AT 9:00 A.M.**<br><br>Date:  March 7, 2013<br>Time:  9:00  a.m.<br>Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Kenneth Lee Gazell, that the Court should vacate the status conference scheduled for March 7, 2013, at 9:00 a.m., and reset it for March 28, 2013, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to consult with Mr. Gazell, and to conduct investigation. Counsel also requires further time to meet with government counsel about the case.

The parties further stipulate that the Court should exclude the period from the date of this order through March 28, 2013, when it computes the time within which the trial of the above criminal

1

prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Gazell's request for a continuance outweigh the best interest of the public and Mr. Gazell in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: March 5, 2013    Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: March 5, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for

WILLIAM WONG
Assistant U.S. Attorney

///
///
///
///
///
///
///
///
///

**ORDER**

The Court orders that the status conference be continued to March 28, 2013, at 9:00 a.m. The Court orders time excluded from the date of this order through the status conference on March 28, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: March 8, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

3