```
 1  HEATHER E. WILLIAMS, #122664
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-0180 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 6, 2013, AT 9:00 A.M.** |
| v. | ) |
| KENNETH LEE GAZELL, | ) Date:  May 23, 2013 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Kenneth Lee Gazell, that the Court should vacate the status conference scheduled for May 23, 2013, at 9:00 a.m., and reset it for June 6, 2013, at 9:00 a.m.

Counsel require further time to draft the plea agreement. Counsel for Mr. Gazell also requires further time to meet with him and explain the written plea agreement.

The parties further stipulate that the Court should exclude the period from the date of this order through June 6, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

Stipulation and [Proposed] Order        1                           11-180 MCE

1  The parties stipulate that the ends of justice served by granting Mr.
2  Gazell's request for a continuance outweigh the best interest of the
3  public and Mr. Gazell in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

6  Dated: May 22, 2013                     Respectfully submitted,

7                                          HEATHER E. WILLIAMS
                                           Federal Defender
8
                                           /s/ M.Petrik
9  _____
                                           MICHAEL PETRIK, Jr.
10                                         Assistant Federal Defender

11 Dated: May 22, 2013                     BENJAMIN B. WAGNER
                                           United States Attorney
12
                                           /s/ M.Petrik for
13 _____
                                           WILLIAM WONG
14                                         Assistant U.S. Attorney

15                                **ORDER**

16     In accordance with the foregoing stipulation, and good cause
17 appearing therefor, the Court orders the status conference in this
18 matter continued to June 6, 2013, at 9:00 a.m.  The Court orders time
19 excluded from the date of this order through the status conference on
20 June 6, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  For
21 the reasons stated above, the Court finds that the ends of justice
22 served by granting defendant's request for a continuance outweigh the
23 best interest of the public and defendant in a speedy trial.

24     IT IS SO ORDERED.

25 Date: May 22, 2013

26                                         _____
                                           MORRISON C. ENGLAND, JR., CHIEF JUDGE
27                                         UNITED STATES DISTRICT COURT

28 Stipulation and [Proposed] Order             2                    11-180 MCE