BENJAMIN B. WAGNER
United States Attorney's Office
WILLIAM W. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorney for the Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-0180 MCE |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 20, 2013 AT 9:00 A.M.** |
| v. | ) |
| KENNETH LEE GAZELL, | ) Date:  June 6, 2013 |
|  | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |

THE PARTIES STIPULATE, through counsel, William S. Wong, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Kenneth Lee Gazell, that the Court should vacate the status conference scheduled for June 6, 2013, at 9:00 a.m., and reset it for a change of plea on June 20, 2013 at 9:00 a.m.

Counsel requires further time to draft the plea agreement. Counsel for Mr. Gazell also requires further time to meet with him and explain the written plea agreement.

The parties further stipulate that the Court should exclude the period from the date of this order through June 20, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.

///

///

Stipulation and [Proposed] Order                      1                                    11-180 MCE

1  The parties stipulate that the ends of justice served by granting the
2  parties request for a continuance outweigh the best interest of the
3  public and the defendant in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

6  Dated: June 5, 2013                    Respectfully submitted,

7                                         BENJAMIN B. WAGNER
                                          United States Attorney
8
                                          /s/ William S. Wong
9                                         -
                                          WILLIAM S. WONG
10                                        Assistant United States Attorney

11                                        HEATHER E. WILLIAMS
                                          Federal Defender
12
                                          /s/ William S. Wong for
13                                        MICHAEL PETRIK

14                                        Assistant Federal Defender

15                                **ORDER**

16      In accordance with the foregoing stipulation, and good cause
17  appearing therefor, the Court orders the status conference in this
18  matter continued to June 20, 2013, at 9:00 a.m. The Court orders time
19  excluded from the date of this order through the change of plea on
20  June 20, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For
21  the reasons stated above, the Court finds that the ends of justice
22  served by granting defendant's request for a continuance outweigh the
23  best interest of the public and defendant in a speedy trial.

24      IT IS SO ORDERED.
25  Date: June 6, 2013

28  _____
    MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT