AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:11-cr-00180-MCE   Document 75   Filed 01/13/17   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KENNETH LEE GAZELL<br><br>Date of Original Judgment: 10/7/2013<br>Date of Previous Amended Judgment: 12/4/2015<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:11-cr-00180-MCE<br><br>USM No: 65976-097<br><br>Hannah R. Labaree, Assistant Federal Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **46 months as to ct. 2 to run consecutively to the sentence imposed on ct. 3** months **is reduced to** **37 months as to ct. 2 to run consecutively to the sentenced imposed on ct. 3**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/7/2013  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  

*Judge's signature*

Effective Date:  

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE

*(if different from order date)*  *Printed name and title*