# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No: 2:11-cr-00180-MCE |
| KENNETH LEE GAZELL | ) |
| | ) USM No: 65976-097 |
| Date of Original Judgment: 10/7/2013 | ) |
| Date of Previous Amended Judgment: 12/4/2015 | ) Hannah R. Labaree, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of
46 months as to ct. 2 to run consecutively to the sentence imposed on ct. 3
months **is reduced to**
37 months as to ct. 2 to run consecutively to the sentenced imposed on ct. 3 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/7/2013 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: January 13, 2017

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

MORRISON C. ENGLAND, JR.
CHIEF UNITED STATES DISTRICT JUDGE
_____
*Printed name and title*